UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:  
JENNIFER GUILLORY            CASE NO.: 16-20485

DEBTOR(S)            CHAPTER 13

### OBJECTION TO CLAIM #3-1

NOW INTO COURT, through undersigned counsel, come the debtor(s) in the captioned bankruptcy case who respectfully objects to the claim of Lake Charles Memorial Hospital as set forth below:

1.

Debtor filed for relief under Chapter 13 of the Bankruptcy Code on June 1, 2016.

2.

On August 15, 2016, Lake Charles Memorial Hospital filed an unsecured proof of claim in the amount of $359.72 (Claim No: 3-1).

3.

The documentation provided is insufficient to justify a belief therein.

4.

Debtor avers that this debt was paid in full prior to filing of this case via insurance proceeds.

5.

Debtor(s) therefore respectfully request that Claim No. 3-1 filed by Creditor be disallowed.

WHEREFORE, Debtor(s) pray that Claim No. 3-1 be disallowed.

Respectfully Submitted,

/s/ Elaina Bordelon  
PACKARD LAPRAY  
Elaina Bordelon, #32828  
2201 Oak Park Blvd.  
Lake Charles, LA 70601  
Tel: 337-431-7170  
Fax: 337-429-8882

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

In Re:  
JENNIFER GUILLORY

CASE NO.: 16-20485

Debtor(s)

CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "OBJECTION TO CLAIM OF #3-1" has this day been mailed to each of the following, by first class mail, postage prepaid:

Keith Rodriguez  
PO Box 3445  
Lafayette, LA 70502

Office of the US Trustee  
300 Fannin St., Ste. 3196  
Shreveport, LA 71101

Jennifer Guillory  
816 E. Tank Farm Rd.  
Lake Charles, LA 70607

Lake Charles Memorial Hospital  
c/o E. Trent McCarthy  
7922 Picardy Ave.  
Baton Rouge, LA 70809

Lake Charles, Louisiana this 29th, day of March, 2017.

/s/ Jeff Bordelon  
Jeff Bordelon, Legal Assistant to Elaina Bordelon