**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**
* * * * * * * * * * * * * * * * * * *

IN RE: CASE NO. 16-20485
JENNIFER GUILLORY

DEBTOR(S) CHAPTER 13

---

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM 6-1**

---

NOW INTO COURT, through undersigned counsel, come the above-captioned Debtor, JENNIFER GUILLORY, who respectfully represents:

1.

Debtor filed an Objection to Claim 6-1 on March 29, 2017.

2.

Debtor requests the Objection to Claim 6-1 be withdrawn.

WHEREFORE DEBTOR PRAYS the Objection to Claim 6-1 be withdrawn.

Dated: April 27, 2017

Respectfully Submitted,
PACKARD LAPRAY

**/s/Elaina Bordelon**

Elaina Bordelon, #32828
2201 Oak Park Blvd.
Lake Charles, LA 70601
Telephone: (337) 431-7170
Facsimile: (337) 439-8882
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**
* * * * * * * * * * * * * * * * * * *

IN RE: JENNIFER GUILLORY CASE NO.: 16-20485

DEBTOR(S) CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Notice of Withdrawal of Objection to Claim" has this day been mailed to each of the following, by first class mail, postage prepaid:

Keith Rodriguez
PO Box 3445
Lafayette, LA 70502

Office of the US Trustee
300 Fannin St., Ste. 3196
Shreveport, LA 71101

Jennifer Guillory
816 E. Tank Farm Rd.
Lake Charles, LA 70607

Lake Charles, Louisiana this 27th day of April, 2017.

/s/ Jeff Bordelon

Jeff Bordelon, Legal Assistant to Elaina Bordelon